**CAROL J. BERNICK, OSB #894098**
carolbernick@dwt.com
**CAROL A. NOONAN, OSB #024075**
carolnoonan@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, OR 97201
Tel: (503) 241-2300
Fax: (503) 778-5299

    Attorneys for Defendants

**Daniel K. Le Roux, OSB #085510**
DANIEL K LE ROUX, AAL, PC
1000 SW Broadway, Ste. 2200
Portland, OR 97205
Tel: (503) 243-4545
Fax: (503) 243-4546
Email: lawleroux@gmail.com

    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **KIMERIE LARMANGER**, an individual,<br><br>    PLAINTIFF,<br><br>v.<br><br>**KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST d/b/a KAISER PERMANENTE; KAISER FOUNDATION HEALTH PLAN, INC.; JUSTIN MCGOWN; and SHAWN FERGUSON,**<br><br>    DEFENDANTS. | Case No. 3:11-CV-00089-BR<br><br>**JUDGMENT** |

    This matter came before the court for hearing on defendants' motion for summary judgment on June 6, 2012 and again on August 1, 2012. On September 7, 2012, the court

granted defendants' summary judgment motions as to Claims 1, 2, 4, 5, 6, 7 and 8. Before the summary judgment motion was filed, plaintiff agreed to withdraw Claim 3. After the summary judgment motion was granted, pursuant to a settlement agreement, plaintiff agreed to withdraw Claim 9. On December 6, 2012, the court ordered the parties to file a form of Judgment reciting the specific resolution of each claim. Plaintiff's claims are resolved as follows:

Claim 1: Defendants' Motion for Summary Judgment granted.

Claim 2: Defendants' Motion for Summary Judgment granted.

Claim 3: Voluntarily withdrawn.

Claim 4: Defendants' Motion for Summary Judgment granted.

Claim 5: Defendants' Motion for Summary Judgment granted.

Claim 6: Defendants' Motion for Summary Judgment granted.

Claim 7: Defendants' Motion for Summary Judgment granted.

Claim 8: Defendants' Motion for Summary Judgment granted.

Claim 9: Voluntarily withdrawn.

NOW THEREFORE, IT IS ORDERED AND ADJUDGED that defendants are entitled to summary judgment on Claims 1, 2, 4, 5, 6, 7 and 8, that plaintiff has withdrawn claims 3 and 9 and those claims are therefore dismissed with prejudice, and that judgment is entered in favor of defendants.

Dated this 28th day of December, 2012.

_____
HON. ANNA J. BROWN
U.S. District Court Judge